IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    Plaintiff,  )<br>                              )<br>        vs.                   )<br>                              )<br>RICHARD ALAN SHAFFER,         )<br>                              )<br>                    Defendant. ) | 8:02CR371<br><br>ORDER |

      Defendant Richard Alan Shaffer (Shaffer) appeared before the court on January 19, 2012, on the Amended Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 72). Shaffer was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. Through his counsel, Shaffer waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Shaffer should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

      The government moved for detention. Through counsel, Shaffer declined to present any evidence on the issue of detention but argued for release pending his dispositional hearing. Since it is Shaffer's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Shaffer has failed to carry his burden and that Shaffer should be detained pending a dispositional hearing before Judge Bataillon.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on February 9, 2012**. Defendant must be present in person.

      2.    Defendant Richard Alan Shaffer is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

      3.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

      4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      DATED this 19th day of January, 2012.

      BY THE COURT:

      s/Thomas D. Thalken
      United States Magistrate Judge