## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                  Plaintiff,                        )<br>                                                      )<br>       vs.                                           )<br>                                                      )<br>RICHARD ALAN SHAFFER,           )<br>                  Defendant.                     ) | 8:02CR371<br><br>ORDER |

Defendant Richard Alan Shaffer appeared before the court on Wednesday, October 17, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [92]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The defendant is in state custody. Therefore, the issue of detention is held in abeyance and no probable cause hearing was held.

I find that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

   **IT IS FURTHER ORDERED**:

   1.   A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 27, 2012 at 1:00 p.m.** Defendant must be present in person.

   2    The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

   3.   The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

   DATED this 17th day of October, 2012.

                                                                                BY THE COURT:

                                                                                s/ F. A. Gossett
                                                                                United States Magistrate Judge